1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11    ARMANDO HERNANDEZ,                          )   Case No.: 1:20-cv-01019-SAB (PC)
                                                   )
12              Plaintiff,                         )
                                                   )   ORDER DENYING PLAINTIFF'S
13         v.                                      )   SECOND MOTION TO PROCEED *IN*
                                                   )   *FORMA PAUPERIS* AS MOOT
14    IFEOMA OGBOEHI, et al.,                      )
                                                   )   [ECF No. 8]
15              Defendants.                        )
                                                   )
16                                                 )
                                                   )
17    _____              )

18         Plaintiff Armando Hernandez is proceeding *pro se* and *in forma pauperis* in this civil rights

19    action pursuant to 42 U.S.C. § 1983.

20         On August 3, 2020, Plaintiff filed a second motion to proceed in forma pauperis.  (ECF No. 8.)

21    Because Plaintiff was granted in forma pauperis status on July 28, 2020, Plaintiff's second motion to

22    proceed in forma pauperis is denied as MOOT.

23

24    IT IS SO ORDERED.

25    Dated:   __**August 5, 2020**__      _____

26                                            UNITED STATES MAGISTRATE JUDGE

27

28

1