UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>IFEOMA OGBOEHI, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01019-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 25, 26) |

      Plaintiff Armando Hernandez is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On July 7, 2021, the Court set this case for post-screening settlement conference on September 21, 2021, at 1:30 p.m. before Magistrate Judge Barbara A. McAuliffe and stayed the case for 80 days. (ECF No. 26.)  That order provided Defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. (Id.) Defendants now request to opt out and vacate the settlement conference and stay. (ECF No. 26.) Good cause having been presented, the Court will grant Defendants' request.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out and vacate the settlement conference is granted;
2. The stay of this action, commencing July 7, 2021, is LIFTED.
3. The September 21, 2021, settlement conference before Magistrate Judge Barbara A. McAuliffe is VACATED; and
4. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **July 20, 2021**

UNITED STATES MAGISTRATE JUDGE