# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>IFEOMA OGBOEHI, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01019-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 42) |

Plaintiff Armando Hernandez is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed May 27, 2022.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to **August 29, 2022**.

IT IS SO ORDERED.

Dated:   **May 31, 2022**

                                                                UNITED STATES MAGISTRATE JUDGE