# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>OGBOEHI, et al.,<br><br>   Defendants. | Case No. 1:20-cv-01019-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 44) |

Plaintiff Armando Hernandez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to modify the discovery and scheduling order, filed August 22, 2022.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to October 28, 2022.

IT IS SO ORDERED.

Dated:   **August 23, 2022**

UNITED STATES MAGISTRATE JUDGE