# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>OGBOEHI, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01019-ADA-SAB (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION**<br><br>**(ECF No. 53)** |

Plaintiff Armando Hernandez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment, filed December 5, 2022.

On the basis of good cause, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition.

IT IS SO ORDERED.

Dated:   **December 7, 2022**

UNITED STATES MAGISTRATE JUDGE

1