UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>           Plaintiff,<br><br>v.<br><br>GONZALES,<br><br>           Defendant. | Case No. 1:20-cv-01019-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ARMANDO HERNANDEZ**, **CDCR #BF-0974, IN PERSON**<br><br>DATE: July 28, 2025<br>TIME: 9:00 a.m. |

**Inmate Armando Hernandez, CDCR #BF-0974**, a necessary and material witness on his behalf in a settlement conference on **July 28, 2025**, **at 9:00 a.m.**, is confined at the California State Prison, Solano, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person** before a Magistrate Judge on July 28, 2025 at 9:00 a.m. at the California State Prison, Sacramento, 100 Prison Road, Represa, CA, 95671.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: The Warden of California State Prison, Solano:**

    **WE COMMAND** you to produce the inmate named above **to appear in person,** at the time and place above, until completion of the proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **June 30, 2025**

                                     STANLEY A. BOONE
                                     United States Magistrate Judge

