# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>OGBOEHI, et al.,<br><br>Defendants. | No. 1:20-cv-01019-SAB (PC)<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFANDUM AS TO INMATE, ARMANDO HERNANDEZ, CDCR #BF-0974** |

A settlement conference in this matter commenced on July 28, 2025.  Inmate Armando Hernandez, CDCR #BF-0974, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: July 28, 2025

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE