# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>B. GONZALES,<br><br>    Defendant. | No. 1:20-cv-01019-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO CORRECT AND RESUBMIT STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 91) |

Plaintiff Armando Hernandez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 28, 2025, a settlement conference was conducted by Magistrate Judge Jeremy D. Peterson and the parties reached a settlement agreement. (ECF No. 90.) On this same day, the parties filed a stipulation for voluntary dismissal. (ECF No. 91.) However, the body of the stipulation inadvertently lists Plaintiff as "Adam Powell" and Defendants as "J. Gomez and K. Hudspeth." (Id.) In order to avoid any potential confusion, the parties are HEREBY ORDERED to resubmit the stipulation for voluntary dismissal within **ten (10)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **July 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1