UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>             Plaintiff,<br><br>    v.<br><br>GONZALES,<br><br>             Defendant. | No. 1:20-cv-01019-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S NOTICE TO ENFORCE THE SETTLEMENT AGREEMENT<br><br>(ECF No. 96) |

On August 7, 2025, the instant action was terminated pursuant to the parties' stipulation for voluntary dismissal. (ECF No. 95.)

On December 8, 2025, Plaintiff filed a notice to enforce the settlement agreement claiming that he not yet received the settlement funds. (ECF No. 96.) Based on Plaintiff's contention, it is HEREBY ORDERED that Defendant shall file a response to Plaintiff's request within **ten (10)** days from the date of service of this order, specifically addressing the status of the payment of the settlement funds.

IT IS SO ORDERED.

Dated:   **December 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1